IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY LOCATED AT 10401 HAWKS HAVEN ROAD, CEDAR RAPIDS, LINN COUNTY, IOWA,<br><br>Defendant. | No. C10-0162<br><br>ORDER EXTENDING PRETRIAL DEADLINES AND RESCHEDULING TRIAL |

On the 20th day of March 2012, this matter came on for telephonic hearing on the Motion to Reset Deadlines (docket number 16) filed by the United States on March 16, 2012. The Government was represented by Assistant United States Attorney Martin J. McLaughlin. The Claimant, Dolores Washburn, was represented by her attorney, Peter C. Riley.

This case was previously scheduled for a final pretrial conference before Chief Judge Linda R. Reade on March 22, 2012, with a bench trial set for April 16, 2012. With the consent of both parties, however, this case was referred to the undersigned magistrate judge for final disposition pursuant to 28 U.S.C. § 636(c). *See* docket number 15. Counsel agreed that the final pretrial conference and trial set before Chief Judge Reade should be cancelled, with a new dispositive motions deadline established and a trial scheduled before the undersigned magistrate judge.

### ORDER

IT IS THEREFORE ORDERED that the Motion to Reset Deadlines (docket number 16) filed by the Government is **GRANTED** as follows:

1

1. The Final Pretrial Conference and Bench Trial previously scheduled before Chief Judge Linda R. Reade on March 22, 2012 and April 16, 2012, respectively, are hereby **CANCELLED**.

2. The deadline for filing dispositive motions is **EXTENDED** to **April 20, 2012**.

3. A telephonic Final Pretrial Conference will be held before the undersigned magistrate judge on **August 3, 2012** at **8:00 a.m.** The Final Pretrial Conference shall be held by telephone conference call to be initiated by counsel for the Plaintiff. The Court may be contacted at 319-286-2340.

4. This matter shall come on for Trial (2 days) to the Court on **August 20, 2012** at **9:00 a.m.** at the United States District Courthouse, Courtroom 2/Building B, 4200 C Street SW, Cedar Rapids, Iowa.

DATED this 20th day of March, 2012.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA